In the Matter of DAVID LEDERMAN, Petitioner, v. NEW YORK CITY TRANSIT AUTHORITY et al., Respondents.—

Christ, P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.